UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH HAGER,

        Plaintiff,

v.

SULLIVAN ASSET
MANAGEMENT, LLC et al.,

        Defendants.
_____/

Case No. 1:15-cv-01061

HON. JANET T. NEFF

## NOTICE OF SETTLEMENT

The parties have agreed to settle this lawsuit.  Plaintiff respectfully requests that she have have until January 15, 2016 to file a notice to dismiss this lawsuit with prejudice as to all parties.

Dated: December 28, 2015

/s/ Phillip C.  Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com